[Crim. No. 1413. First Appellate District, Division One.—June 16, 1927.]

In the Matter of the Petition of GEORGE K. SHAW for a Writ of Habeas Corpus.

J. A. Tracy for Petitioner.

THE COURT.—Petition for *habeas corpus*. It appears affirmatively from the petition that the applicant has heretofore applied to the superior court of the city and county of San Francisco for a writ of *habeas corpus* and that this proceeding is still pending and undetermined. ■ It is a general rule of wide application that a court is without jurisdiction where it attempts by *habeas corpus* to interfere with the exercise by another court of jurisdiction theretofore acquired in a *habeas corpus* proceeding, unless the prior jurisdiction has been terminated.

The application is denied.